# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

January 28, 2020

By ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: **United States v. Bryant Crowder, 18 Cr. 885 (GHW)**

Dear Judge Woods:

I write with the consent of all parties to respectfully request an adjournment of the January 30 initial appearance on Bryant Crowder's VOSR, of which I just became aware. I will be out of town January 29 through 31 and so am unable to attend the appearance. The parties are available on Tuesday, February 4, if that date is convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: PO Noah Joseph (by email)
AUSA Jacob Gutwillig, Esq. (by ECF)

Application granted in part. The initial appearance scheduled for January 30, 2020 is adjourned to February 5, 2020 at 4:30 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: January 29, 2020
New York, New York

GREGORY H. WOODS
United States District Judge