```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,                       :
                                                    :
                  -against-                         :
                                                    :
   BRYANT CROWDER,                                  :     1:18-cr-885-GHW
                                                    :
                  Defendant.                        :     ORDER
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On February 5, 2020, the Court held a hearing regarding several alleged violations of supervised release by the defendant, Bryant Crowder. The Court determined that the Defendant had not met his burden to show by clear and convincing evidence that he was not a danger to other persons or the community, *see* F.R.Cr.P. 32.1(a)(6), and as a result ordered that the Defendant be remanded.

SO ORDERED.

Dated: February 5, 2020
       New York, New York

                                                                                                 GREGORY H. WOODS
                                                                                                 United States District Judge