USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | |
| SOUTHERN DISTRICT OF NEW YORK | | |

-------------------------------------------------------------X

UNITED STATES OF AMERICA,   :
                            :
         -against-   :
                            :
BRYANT CROWDER,             :     1:18-cr-885-GHW
                            :
         Defendant.   :     ORDER

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The evidentiary hearing with respect to the Defendant's alleged violations of his supervised release is scheduled for February 26, 2020 at 12:30 p.m. **in Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York, 10007. Any exhibits that the Government intends to introduce must be provided to the Court by February 21, 2020.

    SO ORDERED.

Dated: February 13, 2020
       New York, New York

                                                          GREGORY H. WOODS
                                                 United States District Judge