# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 18, 2020

By ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/19/2020
```

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

**Re: United States v. Bryant Crowder, 18 Cr. 885 (GHW)**

Dear Judge Woods:

I write with the consent of all parties to respectfully request that the Court cancel the February 26 supervised release violation hearing and schedule this matter for a conference on a date in April convenient for the Court. I make this request because I anticipate reaching a disposition that will obviate the need for a hearing.

After setting the hearing date at the initial appearance, I had the opportunity to consult with Mr. Crowder's state court attorney. She informs me that she expects his state court charges—for the same conduct underlying some of the federal violations—to resolve at Mr. Crowder's next state court appearance on March 31. I expect that a disposition of Mr. Crowder's federal violations will then follow. Accordingly, and after consulting with my client, I respectfully request that this matter be set for a conference sometime in April.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: PO Noah Joseph (by email)
    AUSA Jacob Gutwillig, Esq. (by ECF)

Application granted. The violation hearing scheduled for February 26, 2020 is adjourned to April 14, 2020 at 4:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: February 19, 2020
New York, New York

GREGORY H. WOODS
United States District Judge