USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-against-　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
BRYANT CROWDER,　　　　　　　　　　:　　　1:18-cr-885-GHW
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　　　　　:　　　ORDER
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

　　　The Court has scheduled a hearing with respect to Mr. Crowder's alleged violations of supervised release for April 14, 2020. In light of the COVID-19 pandemic, the parties are directed to submit a status letter to the Court no later than April 7, 2020 with the parties' respective positions regarding how best to resolve this matter. The parties are encouraged to review the Court's Emergency Rules that respond to COVID-19, and to consider, in particular, whether any proposed resolution of this matter can be accomplished without the need for an in-person hearing.

　　　SO ORDERED.

Dated: March 22, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　United States District Judge