USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

BRYANT CROWDER,

              Defendant.

-------------------------------------------------------------X

1:18-cr-885-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The April 14, 2020 proceeding scheduled with respect to Mr. Crowder's alleged violations of supervised release is adjourned to April 20, 2020 at 12:00 p.m. The Court anticipates that the proceeding will take place by remote means. The Court requests that counsel for Defendant confer with him regarding his willingness to proceed using telephone or teleconference in advance of the proceeding. The Court also requests that counsel familiarize themselves with the teleconference technology to be used to communicate with the MCC in advance of the proceeding.

    SO ORDERED.

Dated: April 13, 2020

                                                              GREGORY H. WOODS
                                                   United States District Judge