USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                           -against-                    :

                                   :

BRYANT CROWDER,                              :          1:18-cr-885-GHW

                                   :

                  Defendant.               :                    ORDER

---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 20, 2020, the defendant, Bryant Crowder, pleaded guilty to two specifications alleging violations of the terms of his supervised release.  The Court revoked the defendant's term of supervised release and sentenced him principally to TIME SERVED.  The Court also imposed a term of two years of supervised release, subject to the conditions described on the record.  Among those condition is a 14 day period of home incarceration to be enforced by location monitoring technology to be determined by the Probation Department.  That period of home incarceration is to commence upon his release from custody.  During that period, the defendant may only leave his residence for necessary medical services.  Any other departure from the defendant's residence must be submitted through defense counsel for the Court's approval.

The Court will enter judgment by separate order, but enters this order to permit the United States Marshal to release the defendant promptly.


SO ORDERED.

Dated: April 20, 2020

_____
GREGORY H. WOODS
United States District Judge